United States District Court
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6

7   DARCEL STONER,

8                    Petitioner,                No. C 07-6385 PJH (PR)

9        vs.                                    **ORDER GRANTING LEAVE
                                                TO PROCEED IN FORMA
10  J. HARTLEY, Warden,                         PAUPERIS AND DISMISSING
                                                PETITION WITH LEAVE TO
11                   Respondent.                AMEND**
                                    /

12

13        Petitioner, a California prisoner currently incarcerated at Avenal State Prison, has

14  filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He also

15  requests leave to proceed in forma pauperis.

16        Venue is proper because the conviction was obtained in Alameda County, which is

17  in this district.  *See* 28 U.S.C. § 2241(d).

18                                **BACKGROUND**

19        Petitioner pleaded guilty to attempted murder charges.  With enhancements, he was

20  sentenced to prison for twenty-two years.  He did not appeal, but has filed state habeas

21  petitions raising the issue presented here.

22                                 **DISCUSSION**

23  **A.  Standard of Review**

24        This court may entertain a petition for a writ of habeas corpus "in behalf of a person

25  in custody pursuant to the judgment of a State court only on the ground that he is in

26  custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. §

27  2254(a).  It shall "award the writ or issue an order directing the respondent to show cause

28  why the writ should not be granted, unless it appears from the application that the applicant

**United States District Court**

For the Northern District of California

1 | or person detained is not entitled thereto." *Id.* § 2243.

2 | **B. Legal Claims**

3 | Habeas corpus petitions must meet heightened pleading requirements. *McFarland*

4 | *v. Scott,* 512 U.S. 849, 856 (1994).  An application for a federal writ of habeas corpus filed

5 | by a prisoner who is in state custody pursuant to a judgment of a state court must "specify

6 | all the grounds for relief which are available to the petitioner ... and shall set forth in

7 | summary form the facts supporting each of the grounds thus specified."  Rule 2(c) of the

8 | Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254.  "'[N]otice' pleading is not sufficient,

9 | for the petition is expected to state facts that point to a 'real possibility of constitutional

10 | error.'"  Rule 4 Advisory Committee Notes (quoting *Aubut v. Maine*, 431 F.2d 688, 689 (1st

11 | Cir. 1970).   "Habeas petitions which appear on their face to be legally insufficient are

12 | subject to summary dismissal."  *Calderon v. United States Dist. Court (Nicolaus)*, 98 F.3d

13 | 1102, 1108 (9th Cir. 1996) (Schroeder, J., concurring).

14 | Petitioner's claim is that his sentence violated the Sixth Amendment.  In the portion

15 | of the form complaint for facts supporting the claim he has written:  "Petitioner was

16 | sentenced beyond the statutory maximum as prohibited by the U.S. Supreme Court in

17 | Apprendi, Blakely, and Cunningham."   This is insufficient.  Petitioner does not say what

18 | actually occurred at sentencing that violated his rights.  It may be guessed that it involved

19 | the enhancements, but he does not say so, nor does he say that he did not admit the facts

20 | used to enhance.  The petition therefore will be dismissed with leave to amend to provide

21 | facts showing a "real possibility of constitutional error."  *See  Aubut*, 431 F.2d at 689.

**CONCLUSION**

23 | 1. Leave to proceed in forma pauperis (document number 2 on the docket) is

24 | **GRANTED**.

25 | 2. The petition is **DISMISSED** with leave to amend within thirty days from the date

26 | of this Order.  The amendment must include the caption and civil case number used in this

27 | Order and the words AMENDED PETITION on the first page.  Failure to amend within the

28 | designated time will result in the dismissal of the case.

2

1    3. Petitioner must keep the court informed of any change of address and must

2 comply with the court's orders in a timely fashion.  Failure to do so may result in the

3 dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure

4 41(b).  *See Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable

5 in habeas cases).

6    **IT IS SO ORDERED.**

7 Dated:  December 20, 2007.

PHYLLIS J. HAMILTON
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 G:\PRO-SE\PJH\HC.07\STONER6385.DWLTA.wpd

*United States District Court*
For the Northern District of California

3