UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCEL STONER,<br><br>   Petitioner,<br><br> v.<br><br>J. HARTLEY et al,<br><br>   Respondent. | Case Number: CV07-06385 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darcel K Stoner P-76612
GF1-19LOW
P.O. Box 9
Avenal, CA 93204

Dated: December 20, 2007

             Richard W. Wieking, Clerk
             By: Nichole Heuerman, Deputy Clerk