C07-6385 PH

TO: United States Dist. Court North District          5-22-08

This letter is to inform you of my chang in address.

I was just made aware, that I had to inform you of

any chang in address.                    E-filing

I am no longer being house at Avenal State Prison.

I am now being house out of state, in Mississippi.

My new address is: Darcel Stoner P-76612 mc-80D
                    ~~FCCF~~ TCCF
                    415 U.S. Highway 49 North
                    Tutwiler, MS. 38963

I hope this was done in a timely fashion. Thank

you for your time.

                                    Darcel K. Stoner


                        **FILED**

                        MAY 27 2008

                        RICHARD W. WIEKING
                        CLERK, U.S. DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA

mr. Darcell K Stoner P-76612 mc-80-3
TCCF
415 U.S. Highway 49 North
Tutwiler, MS. 38963

United States Dist. Court
North District
Richard W. Wieking, Dist. Clerk
450 Golden Gate Ave.
San Francisco, Calif. 94102

9410233661 C004

GRENADA MS
23 MAY
2008
PM
1089